Motion Granted; Appeal Dismissed and Memorandum
Opinion filed January 27, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00224-CV

____________

 

KELLIWOOD FUND, INC., Appellant

 

V.

 

MICHELE L. LIGHTFIELD, Appellee

 



 

On Appeal from the 268th District Court

Fort Bend County, Texas

Trial Court Cause No. 09-DCV-173074

 



 

MEMORANDUM 
OPINION

This is
an appeal from a judgment signed February 4, 2010.  On January 18, 2011, appellant
filed a motion to dismiss the appeal because it no longer desires to pursue the
appeal.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Seymore, and
McCally